**Order entered March 6, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01169-CR

**JACQUEZ JESSIOUN SEARS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83406-2017**

### ORDER

We **REINSTATE** this appeal.

On January 30, 2020, we abated for a hearing to determine why appellant's brief has not been filed. On March 4, 2020, a supplemental clerk's record with findings and recommendations was filed. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant is indigent and is represented by appointed counsel; (3) counsel was diligent but needed additional time; and (4) a brief was tendered to the Court on February 27, 2020.

As noted by the trial court, the brief was tendered on February 27, and a motion to extend time to file the brief was filed March 3, 2020. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 401st Judicial District Court; to Lara Bracamonte Davila, and to the Collin County District Attorney's Office.

/s/    BILL PEDERSEN, III
JUSTICE